# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**PIERRE QUARAN HAMILTON,**

                    **Petitioner,**

v.                                                   **CASE NO. 25-3126-JWL**

**GLORIA GEITHER[1],**

                    **Respondent.**

## MEMORANDUM AND ORDER

This matter is a pro se petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Petitioner and Kansas state prisoner Pierre Quaran Hamilton. It comes now before the Court on three pages received from Petitioner on July 21, 2025, which the Court has directed the clerk to file in this matter as a motion for order. (Doc. 9.)

The first page[2] is titled "Motion for Petition of Certiorari 'Forms [and/]or Documents.'" *Id*. at 1. Liberally construed, it seeks a form on which to file a petition for writ of certiorari in the United States Supreme Court. This Court does not provide this form to litigants, but Petitioner is advised that as of the date of this order, the form and guidance are available on the Supreme Court website. *See* www.supremecourt.gov/filingandrules/rules_guidance.aspx. The second page received on July 21, 2025 is a letter explaining that Petitioner is submitting the first page of his amended petition "just in case." (Doc. 9, p. 2.) The third page is, in fact, a copy of the first page

---

[1] Gloria Geither, the interim warden of Lansing Correctional Facility, where Petitioner is confined, is hereby substituted as Respondent pursuant to Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts and Federal Rules of Civil Procedure 25(d) and 81(a)(4).

[2] Although it was submitted with documents clearly intended to be filed in this case, this page reflects the case number and caption of another case Petitioner has brought in this Court: Case No. 25-3125-JWL. The Court has directed the Clerk to file the motion in both this case and Case No. 25-3125. In the future, Petitioner should separately submit documents intended for filing in separate cases.

1

of the amended petition filed on July 16, 2025. (*Compare id.* at 3 *with* Doc. 8, p. 1.) The purpose of this duplicative filing is unclear and no further action will be taken on it.

**IT IS THEREFORE ORDERED THAT** Gloria Geither, Interim Warden of Lansing Correctional Facility, where Petitioner is confined, is substituted as Respondent in this matter.

**IT IS FURTHER ORDERED THAT** the **motion** (Doc. 9) is **denied** for the reasons stated in this order.

**IT IS SO ORDERED.**

DATED:   This 22nd day of July, 2025, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge
